UNITED STATES v. GREENWOOD DAIRY FARMS, Inc.

No. 5417.

Circuit Court of Appeals, Seventh Circuit.
April 12, 1935.

For opinion below, see 8 F. Supp. 398.

Val Nolan, of Indianapolis, Ind., for the United States.

A. P. Smith, of Indianapolis, Ind., for appellee.

Before SPARKS, FITZHENRY, and ALSCHULER, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, it is now here ordered, adjudged, and decreed by this court that this appeal be, and the same is hereby, dismissed.

UNITED STATES of America, Appellant, v. Orville G. LIVINGSTON, Trustee, etc.

No. 10223.

Circuit Court of Appeals, Eighth Circuit.
Jan. 14, 1935.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on motion of appellant.

UNITED STATES of America, Appellant, v. Ruby D. MARSHALL, Administratrix, etc., et al.

No. 10179.

Circuit Court of Appeals, Eighth Circuit.
March 8, 1935.

Maurice M. Milligan, U. S. Atty., of Kansas City, Mo., and Charles L. Chalender, Attorney, Department of Justice, for the United States.

Harry L. Thomas, of Carrollton, Mo., for appellee.

PER CURIAM.

Appeal dismissed, without costs to either party in this court, per stipulation of parties.